# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**                                     Tel: 718-740-1000
Email: abdul@abdulhassan.com                          Fax: 718-740-2000
*Employment and Labor Lawyer*                     Web: www.abdulhassan.com

**September 16, 2024**

**Via ECF**

Hon. Arun Subramanian, USDJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

<u>Re: Sultana v. NYC 121 Foods Inc et al</u>
**Case No. 24-CV-06601 (AS)**
**Motion for Extension of Time**

Dear Judge Subramanian:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a two-week adjournment of the September 17, 2024 deadline for Plaintiff to file a response to Your Honor's September 3, 2024 Order. This request is being made because some additional time is needed to confer and evaluate the standard set forth in *Guthrie v. Rainbow Fencing Inc.*, No. 23-350, 2024 WL 3997427 (2d Cir. Aug. 30, 2024), and how best to satisfy that standard. No prior request for an extension of this deadline was made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

Counsel's request is GRANTED in part. Plaintiff's response to the Court's September 3, 2024 Order, ECF No. 7, should be filed by **September 20, 2024**. The Clerk of Court is directed to terminate the motion at ECF No. 9.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 17, 2024

1