# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

December 5, 2024

**Via ECF**

Hon. Arun Subramanian, USDJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

<u>Re: Sultana v. NYC 121 Foods Inc et al</u>
**Case No. 24-CV-06601 (AS)**
**Motion to Adjourn Conference, etc.**

Dear Judge Subramanian:

My firm represents Plaintiff in the above-referenced action, and I respectfully write on behalf of the parties, subject to Your Honor's approval, that the Court refer this case to the SDNY mediation program and adjourn the December 12, 2024, initial conference and related deadlines to a date after the completion of mediation. This request is being made because the parties have engaged in some settlement discussions and are in favor of an early resolution which would be beneficial to everyone involved. No prior request for an adjournment of this conference/deadline was made. There are no other appearances or deadlines currently scheduled in this matter. This request does not affect any other deadline in the case.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense Counsel via ECF**

The Court will separately issue an order referring this case to mediation. But the Court does not adjourn deadlines in anticipation of mediation, and the initial pretrial conference is still scheduled for December 12. The parties have not yet made their required pre-conference submissions and must do so by **December 9, 2024 at 5:00 PM**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 14.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 6, 2024

1