```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NASRIN SULTANA,                                            :
                                                           :   24-CV-6601 (RWL)
                              Plaintiff,                   :
                                                           :
        - against -                                        :   ORDER
                                                           :
NYC 121 FOODS INC. et al.,                                 :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 26, 2025, the Court ordered that the parties submit their settlement agreement and *Cheeks/Wolinsky* letter by April 4, 2025. (*See* Dkt. 24.) The parties did not do so; instead they filed a consent to Magistrate Judge jurisdiction going forward. Accordingly, the parties shall submit their settlement agreement and *Cheeks/Wolinsky* letter by **April 25, 2025**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 8, 2025
       New York, New York

Copies transmitted this date to all counsel of record.